**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2480

DARRELL E. BYRD, SR.,

Plaintiff - Appellant,

versus

JOE ROGERS; CHAMBERS USA WASTE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-96-89-3)

Submitted: July 10, 1997          Decided: July 22, 1997

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darrell E. Byrd, Sr., Appellant Pro Se. Jon David Becker, JON D. BECKER & ASSOCIATES, Virginia Beach, Virginia; Ruth Litvin, DIAMONSTEIN, BECKER & STALEY, P.L.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Darrell E. Byrd, Sr. appeals the district court's order entering judgment in favor of the Defendants in this action filed under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Byrd v. Rogers</u>, No. CA-96-89-3 (E.D. Va. Sept. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>